Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
____Norfolk/Newport news____ ▼

__Civil_____ Division

**FILED**
MAY 1 3 2021
CLERK U.S. DISTRICT COURT
NEWPORT NEWS, VA

BonSecourMercyHealth DBA St. Francis Nursing CNTR
4 Ridgewood Parkway
Newport News, Va 23602

)
)
)
)
)

Case No. 4:21cv53

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)

Jury Trial: *(check one)* ☑ Yes  ☐ No

-v-

Tracey Diane Colquitt (former Employee)
1203 Rowe Street
Hampton, Virginia 23669

)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BonSecour Mercy Health Dba St. Francis Nursing Center |
| Address | 4 Ridgewood Parkway |
| | Newport news, VA 23602 |
| | *City  State  Zip Code* |
| County | Newport news City |
| Telephone Number | 7578866500 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Domnique Hawkins |
| Job or Title *(if known)* | (Former) Director of Nursing of St. Francis Nursing Center |
| Address | 1239 Captain Adams CT |
| | Virginia Beach, Va 23455 |
| | *City  State  Zip Code* |
| County | Virginia Beach (city) |
| Telephone Number | 757-7142635 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Tamika Greene |
| Job or Title *(if known)* | (Former ) Unit Manager Assisi Unit Manager |
| Address | 700 Flint Drive |
| | Newport News, VA 23602 |
| | *City  State  Zip Code* |
| County | Newport News (city) |
| Telephone Number | 757-5091532 |
| E-Mail Address *(if known)* | |

[✔] Individual capacity   [✔] Official capacity

Page 2 of 6

Defendant No. 3
- Name: Brelle Roberson
- Job or Title (if known): Employee Relatons /Human resources
- Address: 1505 Marriottsvile Road
  - City: Richmond
  - State: Va
  - Zip Code: 21104
- County: Richmond (city)
- Telephone Number: 8043867191
- E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
- Name: Irvin Land
- Job or Title (if known): Admnistrator of Longterm care (HamptonRoads)
- Address: 4775 Bride Road
  - City: Suffolk
  - State: VA
  - Zip Code: 23435
- County: Suffolk (city)
- Telephone Number: 7578680488
- E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The Americans with Disabilities Act (ADA) became law in 1990. The ADA is a civil rights law that prohibits discrimination against individuals with disabilities in all areas of public life, including jobs, schools, transportation, and all public and private places that are open to the general public. The purpose of the law is to make sure that people with disabilities have the same rights and opportunities as everyone else. The ADA is divided into five titles (or sections) that relate to different areas of public life.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

BonSecour Mercy Health Dba St. Francis Nursing Managment Dominique Hawkin Former (Director of Nursing), Tamika Greene (former) Unit Manager of Asssi. Irvin Land Coprate officer (Hampton Roads), and Breille Roberson Employee Relations /Human Rescources.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
St, Francis Nursing Center 4 Ridegewood Parkway
Newport News, Virginia 23602

B. What date and approximate time did the events giving rise to your claim(s) occur?
August 05, 2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Bonsecour code of Conduct encourages staff to report misconduct. Dominique Hawkin, and Tamika Greene were upper level management engaged in a number unethical practiices that were reported to corporate via email, calls to corporate via ethics hotline, as well and emails to Irvand land. The Corporate officers appeared to do nothing regarding my complaints of the misconduct. Dominique Hawkins, and Tamika Greene Conluded with several staff member at St. Francis. Tiffany Spellar (supervior), Tonisha Foster (CNA) Reported false information to Corporate officer Brielle Roberson (Employee Relations/HR) to Investigate me for diverting Nitrostat and drug kept in the Emerceny Kit and reports of laying in laoed for and holj while on the clock. The investigation was opened is a retaliitory act/harressment by Dominique Hawkins, and Tamika Greene.

BonSecour Mercy Health Violated its own policy against Relation for reporting misconduct. BonSecour employee(s) Brielle Roberson investigated both claims by made by Dominlique Hawkin and Tomika Greene and complaint by (me) Tracey Colquitt. Mrs. Roberson Denied my right to a seperate investigator to look into the allegations between both parties. Resulting in me be discriminated against

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Menal anguish for constant harrasement by Dominique Hawkins and Tamika Greene. The harrassment lead to exacerbation of anxiety and panic attack. On August 5,2020 I was placed in correct action for taking my prescribed medition Klonopin prescribed for Panic attacks. I was told that I was in violation of the companys illegal drug and alchol policy. I was placed in corrective action and told that I could take Klonopin while working on the premises. There was a final warning. I could be terminated for doing so. The harrassment continued through overt acts by my direct supervisor Tamika Greene. On December 26, 2020 after becoming Dizzy after receivng Covid Vaccine Tamika Greene (former Unit Manager) offered me an Xanax of what she says was her prescribe medication. I politely refused the medication and Reported the incident to the EEOC nvestigator.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $4 Million dollars in Punitive. The constant harrassment/overt acts lead to me abrupt quitting the job that I loved and planned to retire from. Staying on and not being able to take the prescribed medication and constant fear of having another panic attack could result in be being terminated or have my licensed sanctioned by Board of Nursing.



CLERK US DISTRICT COURT
NORFOLK, VIRGINIA
2021 MAY 13 P 12:12
RECEIVED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/12/2021

Signature of Plaintiff: *Ty D. Colquitt*

Printed Name of Plaintiff: Tracey D. Colquitt

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |

Telephone Number
E-mail Address

RECEIVED
2021 MAY 13 P 2: 12
CLERK US DISTRICT COURT



# DROP BOX
# INFORMATION FORM

## NOTICE:

- To assist with efforts towards minimizing personal interactions, this drop box may be used as an **option** for filing instead of coming to the Clerk's Office intake counter when open.

- The public may use the drop box during hours when the court is closed but the buildings are open to the public; federal employees with weekend and evening access to the courthouse may use the drop box whenever the Clerk's Office is closed.

- Clerk's Office staff retrieve documents from the drop boxes at 9:00 a.m. each day that the court is open.

Date: 5/13/2021

Case Name (if applicable): Tracey Colquitt (Plantiff)

Case Number(s) (if applicable): _____

(Defendents)

Company/Firm: Bon Secour Mercy Health Dba ST. Francis Nursing Center

Name/Contact: Tracey Colquitt

Address: 1203 Rowe St.

City, State, Zip: Hpt, VA 23669

Phone: (757) 814-8870

Email Address: tracey.colquitt@gmail.com

CHECK/MONEY ORDER ENCLOSED   Yes  X    No _____

**CASH NOT ACCEPTED**

- IMPORTANT / Before placing your filing in the drop box, please ensure the following:
   - ✓ Case number and caption clearly identified on document(s).
   - ✓ Documents have been signed.
   - ✓ If documents are being filed by pro se litigant, please complete and sign the form titled: Local Rule 83.1(M) Certification and submit with your document(s).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
N.N. DIVISION



FILED
MAY 13 2021
CLERK U.S. DISTRICT COURT
NEWPORT NEWS, VA

Tracey Colquitt
_____
Plaintiff(s),

v.

Bonsecour Mery Health
Dba St. Francis Nursing Center Newport News
_____
Defendant(s).

Civil Action Number: 4:21cv53

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Civil Rights Suit__.
Title 7
ADA
(Title of Document)

Tracey Colquitt
Name of Pro Se Party (Print or Type)

_[signature]_
Signature of Pro Se Party

Executed on: 5/13/2021 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)

VIRGINIA
2021 MAY 13 P 12:10
RECEIVED