IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| TRACEY DIANE COLQUITT,<br>　　　　Plaintiff,<br><br>　　v.<br><br>BON SECOUR MERCY HEALTH, *et al.*,<br>　　　　Defendants. | Civil Action No. 4:21cv53 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss, ECF No. 11, is GRANTED, and this civil action is DISMISSED.

Plaintiff may appeal this Order by forwarding a written notice of appeal to the Clerk of the United States District Court, Newport News Division, 2400 West Avenue, Newport News, Virginia 23607. The written notice must be received by the Clerk within thirty days from the date of entry of this Order. If Plaintiff wishes to proceed *in forma pauperis* on appeal, the application to proceed *in forma pauperis* shall be submitted to the Clerk of the United States District Court, Newport News Division, 2400 West Avenue, Newport News, Virginia 23607.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel for Defendants.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Roderick C. Young
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
February 16, 2022