FILED: December 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1288
(4:21-cv-00053-RCY-RJK)

TRACEY DIANE COLQUITT

      Plaintiff - Appellant

v.

BON SECOURS MERCY HEALTH, d/b/a St. Francis Nursing Center; DOMINQUE HAWKINS; TAMIKA GREENE; BRIELLE ROBERSON; ST. FRANCIS NURSING CENTER

      Defendants - Appellees

and

IRVIN LAND

      Defendant

J U D G M E N T

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK